# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AL FLORA, JR., CHARLES HAMMONDS, JOSHUA LOZANO, ADAM DUREN and STEVEN ALLABAUGH, on behalf of themselves and all others similarly situated, : : : : : | |
| : | CIVIL ACTION NO. 3:13-1478 |
| **Plaintiffs** | |
| : | (JUDGE MANNION) |
| v. : | |
| **LUZERNE COUNTY of the COMMONWEALTH OF PENNSYLVANIA and ROBERT C. LAWTON, COUNTY MANAGER,** in his official capacity, : : : | |
| : | |
| **Defendants** | |
| : | |

# O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the plaintiff's motion to remand, **(Doc. No. 12)**, is **GRANTED**;

**(2)** the instant action is **REMANDED** to the Luzerne County Court of Common Pleas; and

**(3)** the defendants' motion to dismiss the amended complaint, **(Doc. No. 11)**, and the defendants' motion to disqualify

plaintiffs' counsel, **(Doc. No. 15)**, are **DISMISSED WITHOUT PREJUDICE** to re-filing, in the state court.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: August 26, 2013**
O:\Mannion\shared\MEMORANDA - DJ\2013 MEMORANDA\13-1478-01-ORDER.wpd